AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26 mj 7065 |
| Jordan Pensak | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jordan Pensak                                                                          .

Date: _____

/s/ Mark W. Catanzaro
*Attorney's signature*

Mark W. Catanzaro
*Printed name and bar number*

21 Grant Street
Mount Holly, NJ 08060
Attorney ID No. 015621985

*Address*

mark@catanzarolaw.com
*E-mail address*

(609) 261 3400
*Telephone number*

(856) 235 4332
*FAX number*